NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


KAREN MATHIAS HUGHES,     )
          )
     Appellant,     )
          )
v.     )     Case No. 2D19-618
          )
STATE OF FLORIDA,     )
          )
     Appellee.     )
          )

Opinion filed September 2, 2020.

Appeal from the Circuit Court for Polk
County; J. Kevin Abdoney, Judge.

Howard L. Dimmig, II, Public Defender,
and Gary R. Gossett, Jr., Special
Assistant Public Defender, Bartow,
for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Linsey Sims-
Bohnenstiehl, Assistant Attorney General,
Tampa, for Appellee.


PER CURIAM.


Affirmed.


LaROSE, MORRIS, and ATKINSON, JJ., Concur.